UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

FILED 05 APR 18 PM 4:0

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| | |
|---|---|
| PLUMBERS LOCAL UNION NO. 17; DAVID SINK, as Chairman of the Board of Trustees for the MEMPHIS CONSTRUCTION BENEFIT FUND; DAVID SINK, as Chairman of the Board of Trustees for the PLUMBERS LOCAL UNION NO. 17 PENSION PLAN; and DAVID SINK, as Chairman of the Board of Trustees for the PLUMBERS LOCAL UNION NO. 17 IMPROVEMENT TRUST FUND, | JUDGMENT IN A CIVIL CASE |
| Plaintiffs, | |
| v. | |
| RALEIGH PLUMBING COMPANY, INC., | CASE NO: 02-2592-B |
| Defendant. | |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order entered on February 24, 2005, this cause is hereby dismissed with prejudice.

APPROVED:

J. DANIEL BREEN
UNITED STATES DISTRICT COURT

4/18/05
Date

ROBERT R. DI TROLIO
Clerk of Court

(By) Deputy Clerk

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 4-19-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 21 in case 2:02-CV-02592 was distributed by fax, mail, or direct printing on April 19, 2005 to the parties listed.

---

Adam M. Nahmias
JACKSON SHIELDS YEISER HOLT SPEAKMAN & LUCAS
262 German Oak Dr.
Memphis, TN 38018

Deborah A. Godwin
GODWIN MORRIS LAURENZI & BLOOMFIELD, P.C.
50 N. Front St.
Ste. 800
Memphis, TN 38103

Timothy P. Taylor
GODWIN MORRIS LAURENZI & BLOOMFIELD, P.C.
50 N. Front St.
Ste. 800
Memphis, TN 38103

Stephen L. Shields
JACKSON SHIELDS YEISER HOLT SPEAKMAN & LUCAS
262 German Oak Dr.
Memphis, TN 38018

Honorable J. Breen
US DISTRICT COURT